UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ALBERT MOUSA,

        Petitioner,               No. C 14-2634 NJV (PR)

  vs.                                  **ORDER OF TRANSFER**

STATE OF CALIFORNIA,

        Respondent.

                              /

      This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge the execution of his sentence, with respect to the Board of Parole Hearings denying parole. Petitioner is currently incarcerated at California State Prison Solano, which is in the venue of the United States District Court for the Eastern District of California. His underlying conviction occurred in Orange County in the Central District of California.

      Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. The district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v Henman*, 875 F2d 244, 249 (9th Cir 1989); cf *Laue v Nelson*, 279 F Supp 265, 266 (ND Cal 1968) (district of conviction preferable forum to review conviction). Therefore, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

      **IT IS SO ORDERED.**

Dated: June 19, 2014.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\HC.14\Mousa2634.trn.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ALBERT MOUSA,

    Petitioner,

v.

STATE OF CALIFORNIA,

    Respondent.
                                       /

No.1:14-CV-2634 NJV

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on June 19, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Albert Mousa
K-01187
CSP Solano
C-16-193 L
P.O. Box 4000
Vacaville, CA 95696


                       /s/ *Linn Van Meter*
                        Linn Van Meter
                  Administrative Law Clerk to the
                   Honorable Nandor J. Vadas