UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT MOUSA, | No. 2:14-cv-01474 AC P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  While petitioner indicates that he is challenging a 2012 decision from the Board of Parole Hearings, he has failed to specify the grounds for relief in his petition.  See Rule 2(c), Rules Governing § 2254 Cases.  In the space provided to identify ground one of the amended federal habeas application, petitioner indicates "see attached (Page 'I')."  However, there are no attachments to the form petition.

Petitioner is advised that the court cannot refer to a prior pleading in order to make petitioner's amended petition complete.  Local Rule 220 requires that an amended pleading be complete in itself without reference to any prior pleading.  This is because, as a general rule, an amended pleading supersedes the original.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended petition, the original petition no longer serves any function in the case and its exhibits are not incorporated into the amended pleading.

1        Therefore, IT IS HEREBY ORDERED that:

2        1. Petitioner's amended petition for writ of habeas corpus is dismissed with leave to file a
3    second amended petition within thirty days from the date of this order;

4        3. The second amended petition must be filed on the form provided with this order, must
5    name the proper respondent, and must state all claims and prayers for relief on the form; it must
6    bear the case number assigned to this action and the title "Second Amended Petition"; all
7    referenced attachments must be appended; failure to file an amended petition will result in the
8    dismissal of this action; and

9        4. The Clerk of the Court is directed to send petitioner the court's form petition for writ of
10   habeas corpus pursuant to 28 U.S.C. § 2254.

DATED: August 19, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2